UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD ARTHUR KIRKHAM,<br><br>             Plaintiff,<br>  v.<br><br>WHATCOM COUNTY et al.,<br><br>             Defendants. | CASE NO. 2:25-cv-00208-DGE-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 43) |

The Court, having reviewed de novo the Report and Recommendation ("R&R") of Magistrate Judge David W. Christel and the remaining record, and there being no objections, does hereby find and ORDER:

1. The R&R (Dkt. No. 43) is ADOPTED.

2. Plaintiff's motion for summary judgment (Dkt. No. 35) is DENIED.

3. The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. David W. Christel.

Dated this 7th day of October, 2025.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (DKT. NO. 43) - 2