UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ARTHUR KIRKHAM,

                Plaintiff,

    v.

WHATCOM COUNTY, et al.,

                Defendant.

CASE NO. 2:25-CV-208-DGE-DWC

ORDER TO SHOW CAUSE

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. On July 10, 2025, the Court directed Defendants Jessica Dubek and DentALL, PLLC to show cause why these two defendants should not be personally served. Dkt. 22. On July 17, 2025, Defendant Dubek returned the waiver of service, which she signed as the CEO and Dentist of DentALL. Dkt. 23. Counsel entered appearances on behalf of Defendant Dubek, but not DentALL. *See* Dkts. 12, 20. While it is not clear if Defendant Dubek was signing the waiver on behalf of herself and DentALL, at this time, the Court is interpreting the waiver of service as being signed for both Defendant Dubek and DentALL.

ORDER TO SHOW CAUSE - 1

Therefore, Defendants Dubek and DentALL have not filed a timely answer in this case. Defendant Dubek's signed waiver of service states, "I understand that a judgment may be entered against me, or the entity I represent, if an answer or motion under Federal Rule of Civil Procedure 12 is not filed and served upon the plaintiff within 60 days after June 3, 2025." Dkt. 23. An answer or other responsive pleading was due on or before August 4, 2025. As of the date of this Order, Defendants Dubek and DentALL have not filed an answer or motion under Rule 12.

As Defendants Dubek and DentALL have failed to properly respond to the Complaint, they must show cause why judgment should not be entered against them. Defendants Dubek and DentALL may also satisfy this Order by filing an Answer or Rule 12 motion. Defendants Dubek and DentALL must respond to this Order on or before December 12, 2025.

If the Court has incorrectly interpreted the signed waiver of service, counsel for Defendant Dubek is directed to clarify the record on or before December 5, 2025. If it is counsels' position that DentALL has not entered this case, the Court will direct personal service and assess costs associated with such service on DentALL.

Dated this 1st day of December, 2025.

David W. Christel
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2